UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | |
|---|---|
| Cherise Nichelle Bolling | Case No.: 08 B 08333 |
| | Chapter: 13 |
| Debtor(s) | Judge Jack B. Schmetterer |

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:** Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe, Suite 3850, Chicago, IL 60603
Cherise Nichelle Bolling, Debtor(s), 7107 S. Carpenter St., Chicago, IL 60621
Pro Se Debtor

You are hereby notified that debtor(s) is(are) due to HSBC MORTGAGE SERVICES, INC. for the contractual mortgage payment due 02/01/2012. As of the 02/07/2012 Trustee's Notice of Final Mortgage Cure, Debtor owes for the 02/01/2012 through 02/07/2012 post-petition mortgage payments, with the 03/01/2012 coming due and $597.99 in suspense. The current mortgage payment amount due each month is $433.01. As Debtor has failed to maintain post-petition payments, the current provision of the plan regarding reinstatement do not apply and any outstanding pre-petition amounts also remain due.

Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 05/07/2012, HSBC MORTGAGE SERVICES, INC.'s rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on April 6, 2012.

    /s/ Jose Moreno
    Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Cari A. Kauffman ARDC#6301778
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-07-F850)**

NOTE: This law firm is deemed to be a debt collector.